FILED
2008 MAR -7 PM 12:58
BY KMH

SECRET
unsealed 3-13-08 ajc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARISELA CASTRO-JUAREZ (1), MARISA MELENA MAFNAS (2), DAVID MONTES (3), JULIE HERNANDEZ (4), RANDAL MARK PANTER (5), LORENZO PECORARO (6), JOSE PARADA-VELAZQUEZ (7), JOHN WALTER SCHUH (8), Defendant. | ) | Criminal Case No. '08 CR 0682 - JLS<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Marisa Melena Mafnas, Criminal Case No. 08CR0306-JLS.

DATED: March 7, 2008.

KAREN P. HEWITT
United States Attorney

*Steve Miller*

STEVE MILLER
Assistant U.S. Attorney

6 ajc 2