# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v. CASTRO JUAREZ [1] 08CR0682-JLS

MAFNAS [2] PANTER [5]

PARADA-VELAZQUEZ [7] SCHUH [8]

The Honorable: ANTHONY J. BATTAGLIA

Atty VICTOR PIPPINS, FD for [1,5,7,8] -

AJB08-1: 1046-1103

Ausa: Steve Miller
Federal Defenders, Inc. - (s/a for #1,5,6 & 8)

Attorney Merle Schneidewind (01) (n/a) - Appointed
Attorney Robert Boyce (02) - Appointed
Attorney Joseph Cox (05)(n/a) - Appointed
Attorney Gerald Mcfadden (07)(n/a) - Appointed
Attorney Richard Boesen (08)(n/a) - Appointed

Governments Oral Motion To Unseal Indictment - Granted.

All Defendants Arraigned on Indictment and Plead Not Guilty

Governments Oral Motion for Detention as to Risk of Flight - (As to dfts #1,5,7 & 8)

Detention Hearing set for 03/18/08 @ 3:00 p.m. before Magistrate Judge Battaglia.

(As to dft #02) - $40,000 p/s Bond posted in #08cr0306-JLS is to apply to #08cr0682-JLS, subject to an acknowledgment of the sureties of the modification of the bond, to be submitted by counsel. Same conditions of bail as previously set in #08cr0306-JLS are now imposed in #08cr0682-JLS. Court also modifies condtions of bail modifying dfts curfew to 10:00pm - 6:00am..

Counsel submitted acknowledgment of sureties. Abstract order issued for dft Marisa Melenda-Mafnas fingerprint and release on bond.

Date: 03/13/08

by YMM

END OF FORM

H:\08cr0682.wpd